UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                  16 CR 10268 IT

SONGJIANG WANG

ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

Songjiang Wang, by his attorney, moves that this Court modify his conditions of release to permit him to travel to New York and New Jersey to attend and participate in his son's New York University graduation and related events.

Mr. Wang would travel on May 16 and return to Massachusetts on May 19. Mr. Wang would stay at Holiday Inn Express, North Bergen, New Jersey with graduation ceremony and other events in New York City.

The government (AUSA Wang) assents to this request.

                                                    SONGJIANG WANG
                                                    By his attorney,

*Elliot M. Weinstein*

Elliot M. Weinstein
BBO# 520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that a copy of the above has been served via ECF system.

*Elliot M. Weinstein*