UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>SCHULTZ CHAN             )<br>    a.k.a. Jason Chan,        )<br>and                               )<br>SONGJIANG WANG,       )<br>)<br>    Defendants.               )<br>                                      ) | Crim. No. 16-10268-IT |

## JOINT MEMORANDUM FOR INTERIM STATUS CONFERENCE

The United States and the defendants submit this joint memorandum addressing the issues set out in Local Rule 116.5(b).

1. Status of Discovery

The government has produced automatic discovery and additional materials.

2. Additional Discovery to Be Produced

The government does not anticipate producing additional discovery at this time.

3. Timing of Any Additional Discovery Requests

The defendants request an additional 30 days to file motions to compel, if any.

4. Protective Orders

Protective orders have been entered in this case.  Dkt. Nos. 51, 82.

5. Timing of Any Pre-Trial Motions Under Fed. R. Crim. P. 12(b)

The defendants will file Motions to Dismiss and Suppress and/or Severance of Parties and/or Counts, if any, within 60 days.

6. Expert Witness Discovery

The parties request that the Court order that the government's expert discovery shall be produced later than 45 days prior to trial in this matter, with reciprocal discovery to be produced no later than 21 days before trial.

7. Defenses of Insanity, Public Authority or Alibi

The defendants do not intend to assert defenses of insanity, public authority or alibi.

8. Excludable Delay

The parties jointly ask the Court to exclude the time from May 25, 2017 until the date of the next status conference, under 18 U.S.C. §3161(h)(7)(A), because the parties need time to continue to review discovery in this case and prepare any pre-trial motions. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

9. Status of Plea Discussions and Estimated Length of Trial

There are no plea discussions at this time. The case is expected to go to trial. If required, the parties estimate that trial will last approximately two weeks.

10. The Timing of the Final Status Conference

The parties request a final status conference in approximately 60 days.

Respectfully Submitted,

| | | | |
|---|---|---|---|
| | WILLIAM D. WEINREB<br>Acting United States Attorney | | SCHULTZ CHAN<br>Defendant |
| By: | */s/ Stephen E. Frank*<br>Stephen E. Frank<br>Assistant U.S. Attorney | By: | */s/ Peter C. Horstmann*<br>Peter C. Horstmann<br>Counsel to Schultz Chan |
| | | | SONJIANG WANG<br>Defendant |
| | | By: | */s/ Elliot M. Weinstein*<br>Elliot M. Weinstein<br>Counsel to Sonjiang Wang |

Dated:  May 23, 2017

CERTIFICATE OF SERVICE

I certify that on May 23, 2017 this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Stephen E. Frank
Stephen E. Frank