UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 16-10268-IT |
| ) | |
| SCHULTZ CHAN ) | |
|     a.k.a. Jason Chan, ) | |
| and ) | |
| SONGJIANG WANG, ) | |
| ) | |
|     Defendants. ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE**

On May 31, 2017, the defendants filed a joint motion for discovery. See Dkt. 88. The government's response is currently due June 14, 2017. The government respectfully moves, with the assent of the defendants, to extend its time to respond to June 21, 2017.

    Respectfully submitted,

    WILLIAM D. WEINREB
    Acting United States Attorney

By: */s/ Stephen E. Frank*
    STEPHEN E. FRANK
    Assistant U.S. Attorney

Date: June 12, 2017

**CERTIFICATE OF SERVICE**

I, Stephen E. Frank, hereby certify that on June 12, 2017, I served a copy of the foregoing on counsel of record in this case by electronic filing.

    */s/ Stephen E. Frank*
    STEPHEN E. FRANK
    Assistant U.S. Attorney