# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCHULTZ CHAN and<br>SONGJIANG WANG<br><br>Defendants. | Criminal No. 16-10268-IT |

### FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

A Final Status Conference was held in this matter on October 4, 2017. The parties requested that the matter be reported up to the District Judge for an initial pretrial conference, which has now been set for November 14, 2017, at 2:30 PM. Accordingly, no further proceedings are necessary before me and I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

The defendants do not request a Rule 11 hearing and in fact state that a trial is most likely.

**Local Rules 116.5(c)(2)(A); (c)(2)(B) Status of Discovery**

The government has provided the defendants with all of the discovery it intends to produce. The defendants are still in the process of reviewing the discovery and reserve the right to request additional discovery following their review. Any discovery motion must be filed by October 20, 2017.

**Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed**

No dispositive motions have been filed and it is unclear whether any are anticipated. The deadline for filing any such motions is October 20, 2017. The government's responses will be due by November 10, 2017.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has entered orders excluding the time from the initial appearance on April 5, 2017 to the pretrial conference scheduled for November 14, 2017. Accordingly, 70 non-excludable days remain under the STA as of the date of this report and 70 non-excludable days will remain if the initial pretrial conference is held as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

The government anticipates that its case-in-chief will last approximately two weeks.

With respect to miscellaneous matters, the court recently revoked the pretrial release of the defendant Schultz Chan and ordered that he undergo an evaluation. At present time, the evaluation has been completed and the court is awaiting the production of the formal report before conducting further proceedings regarding this matter. That being said, the court hopes to address and resolve the release/detention issue next week, that is, the week of October 9-13, 2017. There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: October 5, 2017