798

HUI ZHANG

Nov. 30th 20 12

Pay to the order of _Songjuana Wang_ $ 795.00

seven hundred and ninety-five DOLLARS

**BANK OF AMERICA**
ACH R/T 011000138

FOR sk:

EXHIBIT
343
16-CR-10268 (IT)

USAO-00043974

USAO-00043974