# EXHIBIT C



# MERRIMACK®
### PHARMACEUTICALS

# So Now We're A Public Company

Jeff Munsie

©Merrimack Pharmaceuticals, Inc. 2012

**CONFIDENTIAL**

CHAN-00000191

# *Agenda*

- What does it mean to be a public company?
- Code of Business Conduct and Ethics
- Insider Trading Policy

CHAN-00000192

 *What it means to be a public company*

- There are two traditional aspects of being a public company:
  - Publicly traded
  - Public reporting

CHAN-0000193

# *Publicly Traded Company*



- We are a publicly traded company
  - Creates a trading market so that public can buy and sell our stock
  - Price is set by demand and perceived value
  - Nasdaq imposes various corporate governance requirements on listed companies

CHAN-0000194

 *Public Reporting Company*

- We are also a public reporting company
  - Required to file periodic reports with SEC (Securities and Exchange Commission)
  - Terms you might hear:
    - Form 10-K
    - Form 10-Q
    - Form 8-K
    - Proxy statement
    - Section 16 reports (Form 3s and 4s)
  - Any other terms you've heard?



CONFIDENTIAL

5

CHAN-00000195

# *Agenda*

- What it means to be a public company
- Code of Business Conduct and Ethics
- Insider Trading Policy

CHAN-00000196

 # *Code of Business Conduct and Ethics*

- An updated version was adopted by our Board of Directors in connection with the IPO
- Posted on MACK under Corporate Governance
- Applies to all employees and directors
- Waivers of Code provisions require approval by me and may need to be disclosed publicly



CHAN-0000197

7

 *The Code of Conduct and Our Culture*

- We respect the law and our internal policies and procedures
- We are honest and treat people with respect and courtesy
- We strive to make Merrimack a great place to work and a company that is respected for the quality of its people and programs
- We are all role models – each of us can influence and lead our fellow employees by:
  - acting responsibly, fairly and honestly
  - exercising sound judgment and common sense
- None of us should face challenging situations alone



CONFIDENTIAL

8

 *Components of Code of Conduct*

- Compliance with Laws
- Conflicts of Interest
- Insider Trading
- Confidentiality
- Honest & Ethical Conduct; Fair Dealing
- Corporate Assets
- Gifts & Gratuities
- Accuracy of Books & Records; Auditors
- Reporting & Compliance Procedures

CHAN-0000199

# *Compliance with Laws*

- Goes without saying
- Use good judgment and common sense
- If you become aware of a violation, it's your responsibility to report it to your supervisor, me or our anonymous whistleblower hotline
- Whistleblower hotline
  - (866) 354-4796
  - Also listed on Legal Department page on MACK



CHAN-00000200

**CONFIDENTIAL**

10



# Conflicts of Interest

- Don't engage in any activity or personal interest that presents a "conflict of interest"
  - Examples:
    - Serving as a consultant, advisor or director of, or having a financial interest in, a direct competitor
    - Using your position at Merrimack to influence a transaction with a vendor in which you have a personal interest
- *Potential* conflicts of interest must be disclosed to me so that I can determine whether it constitutes an impermissible conflict



"So, I'm the only one who sees a conflict of interest here?"

© Original Artist
Reproduction rights obtainable from
www.CartoonStock.com

CHAN-00000201

**CONFIDENTIAL**

11

# *Confidentiality*

- Our confidential information is a vital asset – it needs to be safeguarded
  - Don't disclose our confidential information to others unless:
    - it is necessary in the conduct of our business and
    - a signed CDA is in place.
- Others have entrusted us with their confidential information – treat it like it was our own
- In May, you'll learn more about our new Disclosure Policy
  - In the meantime, any requests from the media or investment analysts should be directed to Kath Gallagher or me

CHAN-00000202

**CONFIDENTIAL**

12



# *Confidentiality – Practical Tips*

- Don't induce others to disclose a third party's confidential information
- In the course of our business, we may obtain personal health information – if you get it, treat it in accordance with all applicable privacy laws and informed consent documents
- Adhere to restrictions imposed by your former employer regarding disclosure of confidential information and/or solicitation of employees



CHAN-00000203

CONFIDENTIAL

13

# Honest & Ethical Conduct; Fair Dealing

- Be honest, ethical and fair in our business relationships
- Statements about our products and programs can't be untrue, misleading, deceptive or fraudulent
- Don't take unfair advantage of anyone through manipulation, concealment, misrepresentation or abuse of confidential information

CHAN-00000204

 *Corporate Assets*

- Avoid carelessness and waste
- Don't misappropriate our property, information or business opportunities for personal use



CHAN-00000205

**CONFIDENTIAL**

15

# Gifts & Gratuities

- Don't accept gifts, gratuities or other favors from a vendor or other person seeking to do business with us, other than items of insignificant value
- Business entertainment is acceptable if it is infrequent, modest and serves a legitimate business goal
- Bribes and kickbacks are criminal acts – don't offer, give, solicit or receive any

CHAN-00000206



# *Accuracy of Books & Records; Auditors*

- All business transactions and company records must:
  - be recorded honestly and accurately
  - fairly reflect the transactions they are intended to record
  - be maintained in accordance with all applicable accounting rules and internal accounting policies
- There must be complete honesty and transparency in dealing with our independent accountants
- Any concerns or complaints regarding accounting or auditing matters should be reported to me or our anonymous whistleblower hotline, and will be forwarded to our Audit Committee



CHAN-00000207



 *Reporting & Compliance Procedures*

- It's your responsibility to ask questions, seek guidance, report violations and express concerns
- You may contact me or your supervisor (who will in turn contact me), or you may use our anonymous whistleblower hotline
- Making a report or cooperating with an investigation of an alleged violation of the Code will <u>not</u> subject you to discipline, discrimination or retaliation *unless* the report was made with knowledge that it was false
- Violations or failure to cooperate with investigations could result in disciplinary action

CHAN-00000208

 *Agenda*

- What it means to be a public company
- Code of Business Conduct and Ethics
- Insider Trading Policy

CHAN-00000209

**CONFIDENTIAL**

19

# Wall Street

"Greed, for lack of a better word, is good. Greed is right, greed works. Greed clarifies, cuts through, and captures the essence of the evolutionary spirit."

-Gordon Gekko



**CONFIDENTIAL**

20

CHAN-00000210

# Insider Trading





"IF I SELL A STOCK BEFORE IT TUMBLES, WILL I BE CHARGED WITH A CRIME LIKE MARTHA STEWART?"

CONFIDENTIAL

CHAN-00000211

# *Insider Trading*

- It is a violation of law and our insider trading policy to:

  - buy, sell or donate Merrimack stock if you are in possession of material nonpublic information (a.k.a. "inside information") regarding Merrimack

  - buy, sell or donate securities of another company if you are in possession of material nonpublic information regarding that company

  - communicate material nonpublic information to others who might buy or sell securities on the basis of that information (a.k.a. "tipping")

CHAN-00000212

# *Insider Trading (cont'd)*

- This applies even if:
  - your trade is small
  - you didn't profit from trading
  - you traded to alleviate a hardship



- This applies to:
  - you
  - any family members sharing your address
  - any family members who are financially dependent on you
  - all corporations, partnerships, trusts, etc. you may own or control

CHAN-00000213

 *Consequences*

- Disciplinary action/termination of employment
- Civil/criminal penalties
  - Civil fines up to three times profit gained or loss avoided
    - By you, those you "tipped," those your "tippee" tipped, and so on….
  - Criminal fines up to $5M
  - Up to 25 years in prison
  - Inability to serve as an officer or director of a public company
- Irreparable damage to your reputation and career
- Taint Merrimack's reputation in the marketplace

CHAN-00000214

 *Why?*

## Why is insider trading regulated?

- Some view it as a "victimless crime"
- It's not! There is always someone on the other side of the trade
- "Our markets are a success precisely because they enjoy the world's highest level of confidence. Investors put their capital to work and put their fortunes at risk-because they trust that the marketplace is honest. They know that our securities laws require free, fair and open transactions."

  -Former SEC Chairman Levitt

- "It's a zero sum game. Somebody wins, somebody loses."

  -Gordon Gekko



CHAN-00000215

25

 *Elements of an Insider Trading Case*

- You *knowingly*

- *Bought or sold* a *security*

- When in possession of *material nonpublic* information about the company which issued that security

CHAN-00000216

# *What is "material nonpublic" information?*

- Information is "material" if:

  - the information would have a negative or positive impact on the market value of the company's stock

  - the information would affect a decision by a "reasonable investor" to buy, sell or hold the company's stock

  - the information would significantly alter the total mix of information available about Merrimack or the other company

CHAN-00000217

# *What is "material nonpublic" information?*

- Examples of material information may include:
  - Progress/set-backs in a clinical trial or the FDA process
    - FDA approval of a drug
    - Negative clinical trial results
    - Pace of enrollment in a clinical trial
    - Initiation of a new clinical trial
  - Safety issue for drug candidate
  - Failure of an early stage program
  - Entry into or termination of a significant license/collaboration agreement
  - Pending merger/acquisition transaction
  - Pending public stock offering or change in Merrimack stock
  - Actual financial results that depart from previous guidance
  - Litigation

CHAN-0000218

**CONFIDENTIAL**

28

# *What is "material nonpublic" information?*

- Information is "nonpublic" if it has not been disseminated in a manner that makes it available to the public and investors generally
  - Press release
  - SEC filing
- Need to wait until the third full trading day following announcement for markets to "digest" the information

CHAN-00000219

CONFIDENTIAL

29

 *"Buying or Selling" a "Security"*

- Transactions in any account over which you exercise investment control if company stock is included
- Cashless exercise of a Merrimack stock option
- Divesting company stock in 401(k) or other plan

CHAN-00000220

CONFIDENTIAL

30

# *"Knowingly"*

- You were *aware* of the information
- It doesn't matter if you didn't use the information or weren't influenced by the information when you traded



CONFIDENTIAL

31

CHAN-00000221

 *"Tipping"*

- A "tipper" does not trade, but gives the material nonpublic information to the "tippee," who actually does the trading
- If you provide material nonpublic information to someone, you lose control of your fate



**CONFIDENTIAL**

32

CHAN-00000222



# *Real World Horror Stories: Andrew Marks and Vertex*

- Alleged facts: Andrew Marks was chief patent counsel at Vertex and the most high ranking lawyer at the time. In September 2001, Marks learned that Vertex planned to announce the suspension of clinical trials of one of its potential drugs (arthritis). He then promptly sold all of his stock in advance of the press release, avoiding a loss of $106K.

- Result: Marks was sentenced to 1 year and 1 day in prison.

CHAN-0000223



# *Real World Horror Stories: Patty Rocklage and Cubist*

- Alleged facts: In 2001, Scott Rocklage, then CEO of Cubist, informed his wife Patty of negative clinical trials results for Cidecin (now Cubicin).  Patti then told her brother, who in turn told his friend and neighbor. Her brother and neighbor sold shares the next day.  When the negative news was released about 3 weeks later, Cubist's stock dropped 46%.  The brother and neighbor avoided a combined loss of $233K.

- Result:
  - After several rounds of litigation (beginning in 2005), settlement was reached in September 2007
  - All involved paid hundreds of thousands back, even Patty, who never traded at all

CONFIDENTIAL

CHAN-00000224

# *How We Help Prevent Insider Trading*

- "Blackout" periods
  - Company-wide blackouts: 2 weeks prior to the end of each quarter through the 2nd full business day after we release quarterly earnings
  - Issue-specific blackouts: on a case-by-case basis
  - Employees affected by blackout will be notified
  - E*Trade accounts will be blocked – but the law and policy apply to stock held in other accounts
- No buying our stock on margin or pledging our stock as collateral
- No short sales, puts, calls or other derivative securities based on our stock



CHAN-00000225



# *Practical Tips to Keep you Safe*

- Keep in mind that perception can become reality
  - Regardless of your intent or the reality of what information you actually have, the appearance of impropriety can draw unwanted attention. Once you have gotten on the SEC's radar, you have already lost, regardless of actions or intent
- Do not bug your colleagues for information!
- Get in the habit of thinking twice and three times about trades…



**CONFIDENTIAL**

36

CHAN-00000226

# *Reporting Potential Violations*

- Speak with your supervisor or me
- Call our anonymous whistleblower hotline listed on Legal Department page on the MACK
- Making a report or cooperating with an investigation of an alleged violation of the Code will <u>not</u> subject you to discipline, discrimination or retaliation *unless* the report was made with knowledge that it was false

CHAN-00000227

# *Next Steps*

- You will receive a follow-up email attaching the Code of Business Conduct and Ethics and Insider Trading Policy
  - Please review and respond
- We will redistribute these policies annually
- In the next couple of months there will also be an online training regarding insider trading, which will need to be completed annually
- We will re-evaluate these policies from time to time as our business matures

CHAN-0000228

**CONFIDENTIAL**

38

# *Last Words...*

Trust your instincts…if it doesn't feel right, don't do it.

And if you're not sure….ask.

You can always come by or call me with questions.

CHAN-0000229

CONFIDENTIAL

39