# EXHIBIT D

| | |
|---|---|
| **From:** | Swang@merrimackpharma.com |
| **Sent:** | Wednesday, September 3, 2014 10:22 AM |
| **To:** | Jeff Munsie |
| **Subject:** | RE: FINRA Request – Response Required – Confidential |

Hi Jeff,

I have reviewed the list of individuals in your email attachment and couldn't recognize anyone on the list that I know.

Thanks.

Sam

---

**From:** Jeff Munsie
**Sent:** Tuesday, September 02, 2014 8:56 AM
**To:** Sam Wang
**Subject:** FW: FINRA Request – Response Required – Confidential

Hi Sam – Would you be able to respond to this today?

Thanks,
Jeff

---

**From:** Jeff Munsie
**Sent:** Thursday, August 21, 2014 8:48 PM
**To:** Alia Albeer; Eliel Bayever; Bruce Belanger; Robert Bennett; Akos Czibere; Navreet Dhindsa; Daryl Drummond; Jonathan Fitzgerald; Kathleen Gallagher; Geoff Grande; Kaniz Khalifa; Fazal Khan; Brian Kickham; Dmitri Kirpotin; Bill Kubasek; Peter Laivins; Gavin MacBeath; Bill McClements; Katie Mountain; Victor Moyo; Robert Mulroy; Jim Murray; Ulrik Nielsen; Benjamin Olds; Dana Robie; Birgit Schoeberl; Erik Schrader; Anastasia Semienko; Michael Slater; Tad Stewart; Bill Sullivan; Debbie Tseng; Sam Wang; Ben Wolf
**Cc:** Jeff Munsie
**Subject:** FINRA Request – Response Required – Confidential

Dear all,

As you may recall, in May, we received a formal inquiry from FINRA (the Financial Industry Regulatory Authority) regarding trading in our securities prior to the announcement of our NAPOLI-1 results on May 1, 2014. In our response to FINRA, we were required to identify each of you as having been involved in or privy to the results prior to their public announcement.

FINRA has now advanced their inquiry to the next stage by sending us the attached list of names and asking if any of you recognize any of these names (see below for detailed instructions). Please note that this type of request is not uncommon and is still considered part of FINRA's routine surveillance of the markets. This request should not be construed as an adverse reflection upon any individual or entity, as no one has been accused of any wrongdoing. We do not know how FINRA generated this list, nor do we know what type of trade any of these individuals undertook or when they made a trade. This is a routine follow up in a situation like ours, so please do not overreact to it.

**What I Need From You**

Please review the attached list of names, and if you recognize any of the individuals or entities (regardless of whether you know them personally), please provide the following information for each individual or entity:

- A detailed description of the relationship between you and the individual or entity, including the nature and history of the relationship (for instance, someone you have heard of, an acquaintance, a business relationship or a former coworker);
- The frequency of contact with the individual or entity;
- A synopsis of any contact with the individual or entity during the period from April 21, 2014 through April 30, 2014;
- Any circumstances you are aware of under which the individual or entity may have gained knowledge of Merrimack's business activities; and
- Any other information you feel may be helpful to FINRA in its review.

Please also provide whether you have an investment in or funds under management with any of the entities on the attached list.

Please email me (and only me) back with this information by **August 29, 2014**, which we will then provide to FINRA.

**Please remember that this inquiry is confidential.  It is essential that you not discuss it with anyone, including any other employees or anyone on the attached list.**  I appreciate your continued help in this matter.  If you have any questions, please don't hesitate to contact me.

Jeff

Jeffrey A. Munsie
Merrimack Pharmaceuticals, Inc.
One Kendall Square, Suite B7201
Cambridge, MA 02139
(617) 441-7445 (t)
(617) 812-8122 (f)
jmunsie@merrimackpharma.com

This e-mail, including any attachments, is a CONFIDENTIAL business communication, and may contain information that is confidential, proprietary and/or privileged.  This e-mail is intended only for the individual(s) to whom it is addressed and may not be saved, copied, printed, disclosed or used by anyone else.  If you are not the intended recipient, please immediately delete this e-mail from your computer system and notify the sender.  Thank you.